**MEMO ENDORSED.**



Erin O'Leary
77 Water Street, Suite 2100
New York, New York 10005
Erin.OLeary@lewisbrisbois.com
Direct: 212.232.1408

September 8, 2023

File No. 48120.42

**VIA ECF**

Magistrate Judge Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    Yitzhak et al v. Verner et al
             SDNY Case No.: 1:23-cv-02084

Dear Magistrate Wang:

    Our office represents Defendants Paul William Verner, Verner and Simon, LLP, Verner and Simon, Verner and Simon, P.C. ("Defendants") with respect to the above-referenced matter. We write with Plaintiff counsel's consent to respectfully request a two week adjournment of the pre-mediation conference currently scheduled for September 12, 2023 or another date that is convenient for the Court. (Docket 22). Per Your Honor's rules, we propose September 28, 2023 or October 4, 2023. The basis for this request is that defense counsel needs to provide additional information and further confer with their client and insurance carrier in order to make the pre-mediation conference productive. This is our first request for an adjournment of the pre-mediation conference.

    We thank the Court for its time and consideration to this matter.

Application **GRANTED**.

The Pre-Settlement Conference Call scheduled for September 12, 2023 is adjourned until **October 4, 2023 at 4 p.m.**

_____
Ona T. Wang        9/11/2023
U.S.M.J.

Respectfully submitted,

*Erin O´Leary*

Erin O'Leary of LEWIS BRISBOIS
BISGAARD & SMITH LLP

EO
cc:    *All counsel of record*

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA • OHIO
OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
129148886.1