**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ERICA T YITZHAK, et al.,

               Plaintiffs,

               -against-

PAUL WILLIAM VERNER, et al.,

               Defendants.

------------------------------------------------------------x

23-CV-2084 (MMG) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of the letter submitted by counsel for Plaintiffs at ECF 32.

Plaintiffs' counsel is directed to file his motion to withdraw **by April 19, 2024**. Counsel must serve a copy of his motion to withdraw as well as any accompanying affidavits on Plaintiffs, and file a proof of service on the docket, by **April 19, 2024**.

Counsel may submit his affidavits under seal. Counsel may <u>not</u> file his motion to withdraw under seal.

Any responses to counsel's motion to withdraw must be filed **by May 5, 2024.**

**SO ORDERED.**

Dated: April 3, 2024
       New York, New York

                                       *s/ Ona T. Wang*
                                       **Ona T. Wang**
                                       United States Magistrate Judge