UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOHN REILLY et al.,

                        Plaintiffs,

      -against-

THE CITY OF NEW YORK et al.,

                        Defendants.
----------------------------------------------------------------X

23-CV-00521 (ALC) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The extension requested in ECF No. 102 is granted. The deadline for fact discovery is now **September 17, 2024.** A conference to discuss the discovery issues raised by Plaintiff in ECF No. 102 is also hereby scheduled for **Tuesday, June 18, 2024 at 11:30 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335.**

      The Clerk of Court is respectfully directed to terminate the Motion at ECF No. 102.

      **SO ORDERED.**

DATED:    New York, New York
               June 6, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge