# THE WEINSTEIN GROUP, P.C.

6800 JERICHO TURNPIKE, SUITE 112W • SYOSSET, NEW YORK 11791 • TEL: 516-802-5330 • FAX: 516-802-5332

September 16, 2024

Hon. Ona T. Wang
US Magistrate Judge
500 Pearl Street
New York, New York 10007

   Re: Yitzhak, et. al. v. Verner, et. al.,
     1:23-cv-02084

Dear Judge Wang:

  Kindly accept this letter in accordance with your Individual Practices at 1(e), requesting an adjournment of the status conference scheduled for September 18, 2024. This status conference was scheduled by the Court at ECF 52. This is the first time the matter has been scheduled and no prior requests for an adjournment have been made for this appearance. Upon communication with counsel for Defendants, the same consents to this application and we jointly propose: October 8, 2024 between the hours of 2:00pm to 5:00pm or October 15, 2024 between the hours of 10:00am to 2:00pm, if the same is available to the Court.

  May I thank counsel for her courtesy and the Court for its kind consideration of this request.

        Respectfully,

        THE WEINSTEIN GROUP, P.C.

        LLOYD J. WEINSTEIN, Esq.