```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ERICA T YITZHAK, et al.,                                     :
                                                             :
                Plaintiffs,                                  :   23-CV-2084 (MMG) (OTW)
                                                             :
                -against-                                    :   ORDER
                                                             :
PAUL WILLIAM VERNER, et al.,                                 :
                                                             :
                Defendants.                                  :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference on Tuesday, October 15, 2024. As **ORDERED** at the October 15, 2024, Conference:

1) Plaintiffs' motion for a pre-motion conference (ECF 55, 56) is **DENIED as moot**. The parties are directed to meet and confer regarding Plaintiffs' discovery demands, as narrowed on the record at the October 15 Conference, and any potential objections. If the parties cannot resolve this dispute through rolling document production, Defendants are directed to serve on Plaintiffs their responses and objections by **November 15, 2024.**

2) Defendants' motion to extend discovery (ECF 61) is **GRANTED.** Fact discovery is hereby extended until **December 6, 2024,** without prejudice to further extensions.

3) Defendants' motion to consolidate (ECF 58) this case with the case currently pending before the Eastern District of New York (24-cv-3552), is **DENIED.**

4) The parties are directed to meet and confer and file a 26(f) Report by **November 15, 2024.**

5) If the parties intend to pursue global settlement discussions, they must keep all courts informed, and may seek a stay of discovery pending settlement discussions.

The Clerk of Court is respectfully directed to close ECF 55, 56, 58, and 61.

**SO ORDERED.**

Dated: October 16, 2024
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge