

Erin O'Leary
77 Water Street, Suite 2100
New York, New York 10005
Erin.OLeary@lewisbrisbois.com
Direct: 212.232.1408

November 18, 2024

File No. 48120.42

**VIA ECF**

Magistrate Judge Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: Yitzhak et al v. Verner et al
     SDNY Case No.: 1:23-cv-02084

Dear Magistrate Wang:

  Our office represents Defendants Paul William Verner, Verner and Simon, LLP, Verner and Simon, Verner and Simon, P.C. ("Defendants") with respect to the above-referenced matter. We write in opposition to plaintiff's letter motion to strike defendant's answer due to alleged failure to comply.

  Counsel is well aware as to why I was unable to meet and confer and provide supplemental responses by the deadline. Indeed, I advised counsel in advance that I was having a medical procedure on 10/28/24 and would not be able to meet and confer until after 10/29/24. Unfortunately, at the hospital, I contracted COVID for the first time and was very ill for nearly two weeks. While at home and sick, I emailed counsel again explaining that I was not able to meet and confer and was out of work due to COVID. I optimistically proposed a meet and confer on 11/12/24, but was unable to meet as I still had not recovered.

  Given the circumstances, I expected that counsel would have been flexible with the deadline and as such did not contact the court for a formal extension as fact discovery was based on rolling production and extended to December 6, 2024 without prejudice to further extension. Clearly, I should have. Accordingly, I respectfully request that plaintiff's motion be denied in its entirety. I am available to meet and confer with counsel this week and will advise counsel of times.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA • OHIO
OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

148983891.1

Magistrate Judge Ona T. Wang
Page 2

      We thank the Court for its time and consideration to this matter.

      Respectfully submitted,

*Erin O'Leary*

Erin O'Leary of LEWIS BRISBOIS
BISGAARD & SMITH LLP

EO
cc:    *All counsel of record*