

Erin O'Leary
Grace Song
77 Water Street, Suite 2100
New York, New York 10005
Erin.Oleary@lewisbrisbois.com
Grace.Song@lewisbrisbois.com
Direct: 646.666.7706

January 23, 2025

**VIA ECF**
The Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, 10007

    Re:  Yitzhak, et. al. v. Verner, et. al., Southern District of New York
    Case No.: 1:23-cv-02084

Dear Judge Wang:

    Our firm represents Defendants Paul William Verner, Verner and Simon LLP, Verner and Simon, Verner and Simon, P.C. ("Defendant Verner") with respect to the above referenced case. We jointly submit this letter to inform the Court that Defendant Verner decided not to pursue resolution at this time and has withdrawn from participating in the mediation with the Court-Appointed Trustee pending before the Southern District Bankruptcy Court.

    At this juncture, both parties have agreed to continue with litigating this matter including conducting discovery, which is underway, with both sides coordinating responses with the other. Following paper discovery, counsel will coordinate the depositions of the parties.

    We thank the court for its consideration.

                            Respectfully submitted,

                            */s/ Erin O'Leary*

                            Erin O'Leary for
                            LEWIS BRISBOIS BISGAARD & SMITH LLP

EO/GS

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

151348409.3