UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ERICA T. YITZHAK, et al.,                          :
                                                   :
                Plaintiffs,           :       23-CV-2084 (MMG) (OTW)
                                                   :
                -against-            :
                                                   :       **ORDER**
PAUL WILLIAM VERNER, et al.,                       :
                                                   :
                Defendants.           :
                                                   :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

On December 19, 2024, the Court extended the fact discovery *nunc pro tunc* to February 14, 2025, without prejudice to further extensions. (ECF 75 at 3). On January 23, 2025, Defendants filed a letter indicating that the parties jointly decided to continue with discovery.

The February 14 deadline has come and gone, and neither party has filed a letter seeking an extension of the deadline. Discovery is now closed. The Court will hold an In-Person Post-Discovery Conference on **April 3, 2025, at 2:30 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to meet and confer and file a joint proposed agenda by **Monday, March 31, 2025.**

      SO ORDERED.

                                                          *s/ Ona T. Wang*

Dated: March 11, 2025                   **Ona T. Wang**
      New York, New York          United States Magistrate Judge