

Erin O'Leary
Grace Song
77 Water Street, Suite 2100
New York, New York 10005
Erin.Oleary@lewisbrisbois.com
Grace.Song@lewisbrisbois.com
Direct: 646.666.7706

March 31, 2025

**VIA ECF**
The Honorable Ona T. Wang
United States District Court
Southern District of New York
500 Pearl Street
New York, 10007

    Re:  Yitzhak, et. al. v. Verner, et. al., Southern District of New York
    Case No.: 1:23-cv-02084

Dear Judge Wang:

    Our firm represents Defendants Paul William Verner, Verner and Simon LLP, Verner and Simon, Verner and Simon, P.C. with respect to the above referenced case. We write to apprise the Court of the current status of discovery in the above-referenced matter.

    As an initial matter, we received Plaintiff's discovery responses and production earlier this month.  The undersigned was out of the country from March 13th through March 24th and Ms. Song communicated with Mr. Weinstein during this time and advised that we would get back to him upon my return.

    On March 28, 2025, the parties met and conferred pursuant to the Court's directives. During this conference, we reached an amicable agreement that, upon obtaining our client's availability, we would exchange a joint proposed status letter to be filed with the Court as ordered.  Regrettably, at 12:52 PM today, Mr. Weinstein insisted that we respond immediately, asserting that the day was nearly over. While we responded promptly, as we consistently do, he filed his letter while we were in the process of obtaining our client's availability who is currently on the west coast.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND •MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
155040311.1

March 31, 2025
Page 2

Regardless, we are prepared to address discovery and deposition dates with the Court on April 3, 2025 and we look forward to establishing further discovery deadlines.

We thank the court for its consideration.

    Respectfully submitted,

    */s/ Erin O'Leary*

    Erin O'Leary for
    LEWIS BRISBOIS BISGAARD & SMITH LLP

    Respectfully submitted,

    */s/ Grace Song*

    Grace Song for
    LEWIS BRISBOIS BISGAARD & SMITH LLP

EO/GS

155040311.1