**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ERICA T YITZHAK, et al.,

                Plaintiffs,                    23-CV-2084 (MMG) (OTW)

                -against-                    **ORDER**

PAUL WILLIAM VERNER, et al.,

                Defendants.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference on Thursday, April 3, 2025. As **ORDERED** at the April 3 conference:

1) The parties shall complete depositions of Ms. Yitzhak and Mr. Verner by **May 23, 2025.** Plaintiffs are directed to file a status letter by **5:00 p.m. on May 23, 2025.** Defendants are directed to file a status letter by **11:59 p.m. on May 23, 2025.**

2) Defendants' 5/23 status letter will also inform the Court regarding the status of third party depositions. Plaintiffs represent that they do not intend to take third party deposition.

3) Plaintiffs' expert disclosures are due by **June 27, 2025.** Plaintiffs are directed to file a status letter by **5:00 p.m. on June 27, 2025.** Defendants are directed to file a status letter by **11:59 p.m. on June 27, 2025.**

4) Defendants' expert disclosures are due by **July 25, 2025.** Plaintiffs are directed to file a status letter by **5:00 p.m. on July 25, 2025.** Defendants are directed to file a status letter by **11:59 p.m. on July 25, 2025.**

5) If, in any future filings, either of the parties refer to prior communications between the parties, they **must** attach **all** such communications, including all emails and responses. (*Compare* ECF 80 and 81).

**SO ORDERED.**

Dated: April 3, 2025
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge