**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
ERICA T YITZHAK, et al.,
:
             Plaintiffs,           :        23-cv-2084 (MMG) (OTW)
:
             -against-             :        <u>**ORDER**</u>
:
PAUL WILLIAM VERNER, et al.,
:
             Defendants.
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a post-discovery status conference in this matter on **Wednesday, November 12, 2025 at 10:00 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.

Joint status letter to be submitted by **Wednesday, November 5, 2025.**

**SO ORDERED.**

                                                            *s/ Ona T. Wang*

Dated: August 13, 2025                                     **Ona T. Wang**
       New York, New York                      United States Magistrate Judge