**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
ERICA T YITZHAK, et al.,

            Plaintiffs,                          23-cv-2084 (MMG) (OTW)

           -against-                          **ORDER**

PAUL WILLIAM VERNER, et al.,

            Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a discovery status conference on Wednesday, August 13, 2025. As **ORDERED** at the August 13 conference:

1) Counsel is reminded that fact discovery is **CLOSED.**

2) Defendants' expert report(s) are due on **September 30, 2025.**

3) Expert discovery will close on **October 31st, 2025.**

**SO ORDERED.**

Dated: August 13, 2025
       New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge