UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ERICA T. YITZHAK, et al.,

                Plaintiffs,

                -against-

PAUL WILLIAM VERNER, et al.,

                Defendants.
------------------------------------------------------------x

23-CV-2084 (MMG) (OTW)

**POST CONFERENCE ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference in this matter on November 12, 2025. As **ORDERED** at the conference:

1. Parties are directed to submit a joint status letter by **Wednesday, November 26, 2025,** setting out the dates for the remaining two expert depositions.
2. Expert discovery is to be completed by **December 19, 2025**, at which time expert discovery will close. No extensions to expert discovery will be granted absent exceptionally good cause shown.
3. Parties are directed to submit an additional joint status letter on **Friday, January 5, 2025** updating the court as to the status of discovery.

**SO ORDERED.**

Dated: November 13, 2025
        New York, New York

                                      _s/ Ona T. Wang_
                                      **Ona T. Wang**
                                      United States Magistrate Judge