**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
ERICA T. YITZHAK, et al.,                            :
                                                     :
                        Plaintiffs,                  :          23-CV-2084 (MMG) (OTW)
                                                     :
            -against-                                :          **ORDER**
                                                     :
PAUL WILLIAM VERNER, et al.,                         :
                                                     :
                        Defendants.                  :
----------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of the Parties' December 12 letter seeking an extension of the deadline to complete the remaining expert depositions. (ECF No. 100).

As the Parties were expressly directed in the Court's November 13 Order, they were required to file a joint status letter by November 26 setting forth proposed dates for the remaining two expert depositions. The Parties failed to comply with that directive, and no such letter was filed. That same Order unambiguously required that expert discovery be completed no later than December 19, and further warned that extensions would not be granted absent a showing of exceptionally good cause.

The Parties have made no such showing here. Their disregard of the Court's prior Order does not constitute good cause, let alone "exceptionally good cause". Accordingly, the request for an extension is **DENIED.**

The Parties shall be prepared to address the status of this case, including their failure to comply with the Court's scheduling directives, at the January 13, 2026 conference scheduled pursuant to ECF 99.

2

**SO ORDERED.**


_s/ Ona T. Wang_

Dated: December 16, 2025          **Ona T. Wang**
      New York, New York          United States Magistrate Judge