**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

ERICA T. YITZHAK, et al.,
                              Plaintiffs,

                              -against-

PAUL WILLIAM VERNER, et al.,
                              Defendants.

---------------------------------------------------------------x

23-CV-2084 (MMG) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a preliminary settlement conference call on January 13, 2026. As discussed on the call, parties are directed to file a joint status letter on **Friday, February 27, 2026** with three jointly proposed dates for another preliminary settlement conference call. Parties are also directed to include any updates on the related court proceedings in their letter.

        **SO ORDERED.**

                                    *s/ Ona T. Wang*

Dated: January 20, 2026                   **Ona T. Wang**
       New York, New York         United States Magistrate Judge