**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

ERICA T. YITZHAK, et al.,

Plaintiffs,

-against-

PAUL WILLIAM VERNER, et al.,

Defendants.

-----------------------------------------------------------x

23-CV-2084 (MMG) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will held a status conference in this matter on Thursday, August 13, 2026. As **ORDERED** at the conference:

1. This case is hereby **STAYED** pending further settlement discussions.
2. Parties are directed to file letters *ex parte* under seal, visible to the Court and filer(s) only, by **September 10, 2026**, updating the Court on any developments regarding settlement and the related bankruptcy proceedings. Plaintiff's bankruptcy counsel is invited to file their own *ex parte* status letter by that date, also under seal.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: August 13, 2026
New York, New York